**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**TIMOTHY BARTON,**<br>**CARNEGIE DEVELOPMENT, LLC,**<br>**WALL007, LLC,**<br>**WALL009, LLC,**<br>**WALL010, LLC,**<br>**WALL011, LLC,**<br>**WALL012, LLC,**<br>**WALL016, LLC,**<br>**WALL017, LLC,**<br>**WALL018, LLC,**<br>**WALL019, LLC,**<br>**HAOQIANG FU (A/K/A MICHAEL FU),**<br>**STEPHEN T. WALL,**<br><br>***Defendants,***<br><br>**DJD LAND PARTNERS, LLC, and**<br>**LDG001, LLC,**<br><br>***Relief Defendants.*** | **MISC. NO.**<br><br>**2:22-mc-51616-RHC-EAS** |

**AMENDED NOTICE OF APPOINTMENT OF RECEIVER**

Pursuant to the provisions of 28 U.S.C. § 754 and based on a revised Order Appointing Receiver described below, Cortney C. Thomas provides notice of his appointment as Receiver for the following entities and their assets:

- Defendant Carnegie Development, LLC;
- Defendant WALL007, LLC;
- Defendant WALL009, LLC;
- Defendant WALL010, LLC;
- Defendant WALL011, LLC;
- Defendant WALL012, LLC;

- Defendant WALL016, LLC;
- Defendant WALL017, LLC;
- Defendant WALL018, LLC;
- Defendant WALL019, LLC;
- Relief Defendant DJD Land Partners, LLC;
- Relief Defendant LDG001, LLC;
- Other entity: 126 Villita, LLC;
- Other entity: 2999TC Acquisitions LLC;
- Other entity: 2999TC JMJ CMGR, LLC (Delaware);
- Other entity: AVG West, LLC;
- Other entity: BEE2019, LLC;
- Other entity: BM318 LLC;
- Other entity: Broadview Holdings Trust;
- Other entity: D4DS LLC;
- Other entity: D4FR LLC;
- Other entity: D4IN, LLC (Texas);
- Other entity: D4KL, LLC;
- Other entity: D4MC, LLC (Texas);
- Other entity: D4OP, LLC;
- Other entity: Enoch Investments, LLC;
- Other entity: FHC Acquisition, LLC;
- Other entity: Gillespie Villas, LLC;
- Other entity: Goldmark Hospitality, LLC;
- Other entity: HR Sterling, LLC;
- Other entity: JMJ Acquisitions, LLC;
- Other entity: JMJ Development LLC (f/k/a JMJ Development, Inc.);
- Other entity: JMJ Hospitality, LLC;
- Other entity: JMJ VC Management, LLC;
- Other entity: JMJAV, LLC;
- Other entity: JMJD4, LLC (Delaware);
- Other entity: JMR100, LLC;
- Other entity: LaJolla Construction Management, LLC;
- Other entity: LC Aledo TX, LLC;
- Other entity: Lynco Ventures, LLC;
- Other entity: Mansions Apartment Homes at Marine Creek, LLC;
- Other entity: Marine Creek SP, LLC;
- Other entity: MO 2999TC, LLC;
- Other entity: Northstar PM, LLC (Texas);
- Other entity: Orchard Farms Village, LLC;
- Other entity: Ridgeview Addition, LLC (Texas);
- Other entity: Seagoville Farms, LLC;
- Other entity: SF Rock Creek, LLC;
- Other entity: TC Hall, LLC;
- Other entity: Titan Investments, LLC a/k/a Titan 2022 Investments, LLC;

- Other entity: Venus59, LLC;
- Other entity: Villita Development, LLC; and
- Other entity: Villita Towers, LLC.

.

True and correct copies of the Complaint filed by the Securities Exchange Commission and the November 29, 2023 Order Appointing Receiver are attached as **Exhibit A** and **Exhibit B**, respectively.

Respectfully submitted,

**RECEIVER**

By: */s/ Cortney C. Thomas*

Cortney C. Thomas
Texas Bar No. 24075153
cort@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Tel. 214.327.5000
Fax. 214.327.5001